Name: Dolores Kelly
Address: 539 Avene St
Telephone Phone: 619-248-9530
Email: playschool.dk@gmail.com
d.kelly26@yahoo.con

**FILED**
Apr 01 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ charlest  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case No.: **'22CV430 MMA KSC**
(assigned at time of filing)

Dolores Kelly,
    Plaintiff(s),

v.

~~Dolores Kelly~~
Mark Zuckerberg
Bob Parson, Jeff Bezos,
Sarah hun
Sudar Pinachee
Statya Nedella
    Defendant(s).

**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

*This is only for of evidence regarding email transfers.*

Intuit
6 years of fraud of microsoft assets accounts of personal IT Microsoft business (AMARACH) embezzlement of personal campaign and registered accounting company, registered governance business

Google
Destruction of internet technology breaking security of the internet destruction of internet business
Destruction of 5G internet technology SSL Programs

Hacking minors in education

Sec filings / Intuit
~~Sec filings / JP Morgan Chase & Co~~
JP Morganchaseco.gcs-web.com/secfilings/sec-filings
4/10001225208-22-004837

Hacking, stalking, harassing microsoft server self employed business owners.
Possible illegal imigrants.

He was doing theft in god~~dddy~~ of business name destroying the internet company and failed to cooperate with the business owners domain owners and return them, theft. Moving servers that destroyed the entire business, theft and illegally using them in google to bank fraud, Identity theft and fraud of my employees

He is asking personal information intentionally to log in to get your personal information w a reminder registrants from this company could be 5 - 99 years of age

2

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Remove these people from godaddy google, microsoft, close sec Repossession of these businesses

Return my personal business bank accounts, backpay my wages.

I requested to run godaddy to deal with google and microsoft Microsoft can only be hired if you have a domain registration.

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_3/30/22_  _Dolores Kelly_
Date          Signature

_Dolores Kelly_
Printed Name