UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Kelly,<br><br>                                    Plaintiff,<br><br>v.<br><br>Mark Zuckerberg, et al,<br><br>                                    Defendant. | Case No.: 22cv430-CAB-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. No. 2] AND DENYING AS MOOT MOTION FOR COUNSEL [Doc. No. 3]** |

On April 1, 2022, Plaintiff Dolores Kelly filed a complaint. [Doc. No. 1.] Plaintiff also filed an application to proceed in forma pauperis ("IFP") [Doc. No. 2] and a motion for counsel [Doc. No.   For the following reasons, plaintiff's application is **DENIED**.

Generally, all parties instituting a civil action in this court must pay a filing fee. See 28 U.S.C. § 1914(a); CivLR 4.5(a). But the court may authorize a party to proceed without paying the fee if that party submits an affidavit demonstrating an inability to pay. 28 U.S.C. § 1915(a). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id*. (internal quotation marks omitted).

In the IFP application, Plaintiff fails to answer any of the questions regarding whether she has any income or assets of any kind. [Doc. No. 2, Questions 1-7.] She merely states that in 2016 she was self-employed. Plaintiff also fails to respond to the question about her monthly expenses. [Doc. No. 2, Question 8.] It is simply not credible to assume that Plaintiff has no income and no expenses.

Based on the lack of "particularity, definiteness and certainty" in the information provided, the court is not persuaded that Plaintiff lacks the funds to pay the filing fee and "still afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Therefore, Plaintiff's application to proceed IFP [Doc. Nos. 2] is **DENIED** without prejudice, and Plaintiff's motion for counsel [Doc. No. 3] is **DENIED** as moot.

Plaintiff shall have until **April 29, 2022** to either pay the filing fee, or file a new application to proceed IFP that provides with "particularity, definiteness, and certainty" the required information. In particular, Plaintiff shall respond truthfully to Questions 1 - 8. If the filing fee is not paid or a renewed application to proceed in forma pauperis is not filed by April 29, 2022, the Clerk of the Court shall dismiss the case without prejudice and terminate the action.

**IT IS SO ORDERED.**

Dated:  April 4, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge